RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Daniel Lee Rhees

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL LEE RHEES,<br><br>        Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**STIPULATION TO CONTINUE WAIVER OF INDICTMENT/FILING OF AN INFORMATION/ARRAIGNMENT AND PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Daniel Lee Rhees, that the Waiver of Indictment/Filing of an Information/Arraignment and Plea Hearing currently scheduled on March 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The continuance would allow Mr. Rhees to be put back on his medication regime prior to the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Waiver of Indictment/Filing of an Information/Arraignment and Plea hearing.

DATED this 21st day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LEE RHEES,<br><br>　　　　Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Waiver of Indictment/Filing of an Information/Arraignment and Plea hearing currently scheduled for Wednesday, March 22, 2023, at 3:00 p.m., be vacated and continued to April 26, 2023 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 21st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3