RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Daniel Lee Rhees

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LEE RHEES,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**STIPULATION TO CONTINUE WAIVER OF INDICTMENT/FILING OF AN INFORMATION/ARRAIGNMENT AND PLEA HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Daniel Lee Rhees, that the Waiver of Indictment/Filing of an Information/Arraignment and Plea Hearing currently scheduled on April 26, 2023 at 3:00 pm, be vacated and continued to May 3, 2023 at 2:30 pm.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the District on the currently scheduled date.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the second request for a continuance of the Waiver of Indictment/Filing of an Information/Arraignment and Plea hearing.

DATED this 7th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Keisha K. Matthews<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | /s/ Bianca R. Pucci<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL LEE RHEES,<br><br>    Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Waiver of Indictment/Filing of an Information/Arraignment and Plea hearing currently scheduled for Wednesday, April 26, 2023, at 3:00 p.m., be vacated and continued to May 3, 2023, at the hour of 2:30 pm.

    DATED this 10th day of April, 2023.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

3