RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Daniel Lee Rhees

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL LEE RHEES,<br><br>                    Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Daniel Lee Rhees, that the Preliminary Hearing currently scheduled on April 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than May 4, 2023.

This Stipulation is entered into for the following reasons:

1.     The Waiver of Indictment/Filing of an Information/Arraignment and Plea

Hearing is currently scheduled for May 3, 2023 in this case.

2.      Parties have reached a non-trial resolution and need additional time to resolve this matter.

3.      Defendant is in custody and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the second request for continuance filed herein.

DATED this 25th day of April, 2023.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                       United States Attorney


  /s/ Keisha K. Matthews                          /s/ Bianca R. Pucci
By_____          By_____
KEISHA K. MATTHEWS                       BIANCA R. PUCCI
Assistant Federal Public Defender          Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

DANIEL LEE RHEES,

          Defendant.

Case No. 2:23-cr-00017-APG-NJK

**<u>ORDER</u>**

9

10

    Based on the Stipulation of counsel and good cause appearing,

11

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on

12

April 26, 2023, at the hour of 3:00 p.m., be vacated and continued to **May 9, 2023 at 3:00 p.m.**

13

14

    DATED this <u>26th</u> day of April, 2023.

15

16

17

                                  _____

                                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26