JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL RHEES,<br><br>    Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Afroza Yeasmin, Assistant United States Attorney, representing the United States of America, and Keisha Matthews, representing Defendant Daniel Rhees, that the sentencing currently scheduled for September 18, 2024 at 9:00am be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defendant pled guilty on May 3, 2024 on the instant matter.

2. The current assigned attorney for the government filed a notice of appearance on the instant matter on January 24, 2024.

3. Between May 3, 2024 and May 28, 2024 four stipulations have been filed to continue the sentencing hearing for reasons surrounding defendant's health and potential

medical procedures.

4. The assigned attorney for the government will be out of the district on work related travel between September 9, 2024 through September 23, 2024.

5. It is necessary for the assigned attorney for the government to be present at sentencing given the specific facts and circumstance of the instant matter.

6. At this time, the parties are still awaiting additional information related to the approval of potential medical procedures for the defendant.

7. The defendant is incarcerated and does not object to the continuance.

8. The parties agree to this continuance.

DATED this 17th day of July, 2024

JASON M. FRIERSON
United States Attorney


By: /s/ *Afroza Yeasmin*　　　　　　By: /s/ *Keisha Matthews*
AFROZA YEASMIN　　　　　　　　　　KEISHA MATTHEWS
Assistant United States Attorney　　Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>DANIEL RHEES,<br><br>　　　　Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, September 18, 2024 at 9:00am be vacated and continued to __October 1, 2024__ at the hour of <u>10:00 a</u>.m. in Courtroom 6C.

DATED this <u>18th</u> day of July 2024.

_____
THE HONORABLE ANDREW P. GORDON

3