RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Daniel Lee Rhees

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL LEE RHEES,<br><br>    Defendant. | Case No. 2:23-cr-00017-APG-NJK<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Daniel Lee Rhees, and Ellie Roohani, Esq., counsel for Victims 1 and 2 that the Restitution Hearing currently scheduled for April 1, 2026 at 1:30 pm, be vacated and continued but no sooner than the week of April 27, 2026.

This Stipulation is entered into for the following reasons:

1.    The parties need additional time to engage in negotiations.

2.      Defense counsel will be out of the office on medical leave on the scheduled date and will not return to the office until April 13, 2026.

3.      The Government does not object to the continuance.

4.      Victims 1 and 2 do not object to the continuance.

5.      Mr. Rhees is in custody and does not object to the continuance.

6.      Mr. Rhees agrees that any additional time excluded by this stipulation will not cause actual prejudice to him.

7.      This continuance is not sought for purposes of delay, but to allow for adequate time to prepare for the restitution hearing.

8.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public in a speedy resolution to this case.

9.      Mr. Rhees and Victims 1 and 2 waive any right to a restitution hearing within 90 days of the sentencing date as contemplated in 18 U.S.C. § 3664(d)(5), and ask that the Court exclude the time requested by this continuance in computing such time.

///

///

///

///

///

///

///

This is the fifth request for continuance filed herein.

DATED 24th day of March, 2026.

RENE L. VALLADARES  
Federal Public Defender

TODD BLANCHE  
Deputy Attorney General

*/s/ Keisha K. Matthews*  
By_____  
KEISHA K. MATTHEWS  
Assistant Federal Public Defender

*/s/ Afroza Yeasmin*  
By_____  
AFROZA YEASMIN  
Assistant United States Attorney

*/s/ Ellie Roohani*  
By_____  
ELLIE ROOHANI, ESQ.  
Counsel for Victims 1 and 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00017-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL LEE RHEES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Restitution Hearing currently scheduled on April 1, 2026, at the hour of 1:30 p.m., be vacated and continued to April 28, 2026, at the hour of 1:30 p.m. in Las Vegas Courtroom 6C.

DATED this 25th day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4