# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

DANIEL LEE RHEES,

    Defendant

Case No.: 2:23-cr-00017-APG-NJK

**Order Denying Motion for Reconsideration**

[ECF No. 100]

Daniel Lee Rhees moves for reconsideration of my order requiring him to pay interest on the restitution he owes.  His "primary basis for reconsideration is that interest will continue to accrue while Mr. Rhees is in custody with extremely limited earning potential.  The resulting increase in the restitution obligation would be manifestly unjust." ECF No. 102 at 2.  I considered this argument when I ordered interest to accrue.  I presumed that Mr. Rhees would likely earn very little, if anything, while incarcerated.  But that does not mandate elimination or reduction of interest. 18 U.S.C. § 3612(f)(3) (the court "may" waive or limit interest based on a finding of inability to pay interest).  As I stated at the hearing, accruing interest accounts for the victims' loss of use of the funds. ECF No. 99 at 14.  They deserve at least that.  Mr. Rhees offers no sufficient reason for me to reconsider or change my ruling.

I THEREFORE ORDER that Mr. Rhees' motion for reconsideration **(ECF No. 100) is denied.**

DATED this 8th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE